SEABOARD SURETY COMPANY v. CLEMENTE CONTRACTING Co., INC., and Others, Impleaded with JACOB DRUCKMAN and KEY WEST CORPORATION, and JOHN E. BACHMAN, as Receiver in Supplementary Proceedings of CLEMENTE CONTRACTING Co., INC.— Motion for leave to appeal to the Court of Appeals or for reargument,

and for other relief, denied, with ten dollars costs, and stay vacated.  Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.